IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHEAL A. COBBS, <br><br> Plaintiff, <br><br> v. <br><br> C.C.C.J., <br><br> Defendant. | Civil Action <br> No. 16-7280 (JBS-AMD) <br><br> **MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Micheal A. Cobbs seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**December 20, 2016**                    **s/ Jerome B. Simandle**
Date                                         JEROME B. SIMANDLE
                                                    Chief U.S. District Judge